**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6652**

─────────────

COREY T. SNEED,

Petitioner - Appellant,

versus

RICK JACKSON,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:06-hc-02099-BO)

─────────────

Submitted:  November 6, 2007       Decided:  December 10, 2007

─────────────

Before TRAXLER and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Corey T. Sneed, Appellant Pro Se.   Clarence Joe DelForge, III,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey T. Sneed appeals the district court's order denying his motion to resubmit his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sneed v. Jackson, No. 5:06-hc-02099-BO (E.D.N.C. Apr. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED